```
                    UNITED STATES DISTRICT COURT
                       DISTRICT OF NEW JERSEY
```

|  |  |  |
|---|---|---|
| MICHAEL GARRETT, | : | Civil No. 05-2653 (JBS) |
|  | : |  |
| Petitioner, | : |  |
|  | : |  |
| v. | : | **O R D E R** |
|  | : |  |
| JOSEPH V. SMITH, | : |  |
|  | : |  |
| Respondent. | : |  |

THIS MATTER having come before the Court on application of petitioner, Michael Garrett, for habeas relief pursuant to 28 U.S.C. § 2241; and the Court having reviewed all written submissions by the petitioner and respondent; and for the reasons discussed in the accompanying Opinion;

IT IS on this **15th** day of **February**, **2006**,

**ORDERED** that petitioner's application for relief under 28 U.S.C. § 2241 is hereby **DENIED**; and it is further

**ORDERED** that the Clerk is directed to serve this Order upon the parties, pursuant to the Federal Rules of Civil Procedure, and to close this file accordingly.

                                    **s/ Jerome B. Simandle**
                                    JEROME B. SIMANDLE
                                    United States District Judge